IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Pantech Corporation,<br><br>                                Plaintiff,<br><br>v.<br><br>Shenzhen Tinno Mobile Technology Corp.<br><br>                                Defendant. | Civil Action No. 5:25-cv-00090-RWS-JBB<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING TINNO'S UNOPPOSED
MOTION TO STAY PURSUANT TO 28 U.S.C. § 1659**

Before the Court is Defendant Shenzhen Tinno Mobile Technology Corp. ("Tinno")
Unopposed Motion to Stay Pursuant to 28 U.S.C. § 1659.

After due consideration, the Court **GRANTS** the Motion.  It is therefore **ORDERED** that
proceedings in the above-captioned case are **STAYED** pending the final resolution of proceedings
between Pantech Corporation and Tinno before the United States International Trade Commission,
Inv. No. 337-TA-1456.

**SIGNED** this _____ day of _____, 2025.