IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| Pantech Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Shenzhen Tinno Mobile Technology Corp.<br><br>Defendant. | Civil Action No. 5:25-cv-00090-RWS-JBB<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING TINNO'S UNOPPOSED
MOTION TO STAY PURSUANT TO 28 U.S.C. § 1659**

Before the Court is Defendant Shenzhen Tinno Mobile Technology Corp. ("Tinno") Unopposed Motion to Stay Pursuant to 28 U.S.C. § 1659. Dkt. No. 7.

After due consideration, the Court **GRANTS** the Motion. It is therefore **ORDERED** that proceedings in the above-captioned case are **STAYED** pending the final resolution of proceedings between Pantech Corporation and Tinno before the United States International Trade Commission, Inv. No. 337-TA-1456.

SIGNED this the 25th day of August, 2025.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE