**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| PANTECH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN TINNO MOBILE<br>TECHNOLOGY CORP.,<br><br>Defendant. | Case No. 5:25-cv-00090-RWS-JBB |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Pantech Corporation ("Pantech") and Defendant Shenzhen Tinno Mobile Technology Corp. ("Tinno") (collectively, the "Parties") jointly stipulate to the dismissal with prejudice of all claims asserted by Pantech against Tinno in this action, subject to the terms of the Parties' settlement agreement. The Parties further stipulate to bearing their own costs and expenses incurred in connection with this litigation through the date of dismissal. A proposed order is attached hereto in accordance with Local Rule CV-7.

WHEREFORE, the Parties respectfully request that this Court enter the attached proposed order dismissing this action with prejudice, with each Party bearing its own costs and expenses.

1

Dated: June 15, 2026

Respectfully submitted,

/s/ Jason Xu
Jason Xu
RIMON, P.C.
1050 Connecticut Ave. NW, Suite 500
Washington, DC 20036
Tel. (202) 470-2141

*Counsel for Defendant Shenzhen Tinno Mobile Technology Corp.*

/s/ Geoffrey Culbertson
Geoffrey Culbertson
Kelly Tidwell
PATTON TIDWELL & CULBERTSON, LLP
2800 Texas Blvd. (75503)
Post Office Box 5398
Texarkana, TX 75505-5398
(P) (903) 792-7080
(F) (903) 792-8233
gpc@texarkanalaw.com
kbt@texarkanalaw.com

James A. Fussell
Tiffany A. Miller
Clark Bakewell
Courtney Krawice
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20006-1101
Tel. (202) 263-3000
Fax (202) 263-3300
jfussell@mayerbrown.com
tmiller@mayerbrown.com
cbakewell@mayerbrown.com
ckrawice@mayerbrown.com

Graham (Gray) Buccigross
**MAYER BROWN LLP**
3000 El Camino Real
2 Palo Alto Square, Ste. 300
Palo Alto, CA 94306-2112
Tel. (650) 331-2000
Fax (650) 331-0051
gbuccigross@mayerbrown.com

*Counsel for Plaintiff Pantech Corporation*

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 15, 2026, a true and correct copy of the above was served via e-mail through the Eastern District of Texas's CM/ECF system.

*Geoffrey Culbertson*
Geoffrey Culbertson

## CERTIFICATE OF CONFERENCE

The undersigned certifies that Plaintiff and Defendants complied with the meet and confer requirements of Local Rule CV-7(h) on this date. The parties jointly seek the relief described in this stipulation.

*Geoffrey Culbertson*
Geoffrey Culbertson