**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| PANTECH CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:25-cv-00090-RWS-JBB |
| | § | |
| SHENZHEN TINNO MOBILE | § | |
| TECHNOLOGY CORP., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal. Docket No. 9. The Court hereby **ACCEPTS** the joint stipulation (Docket No. 9). Accordingly, it is

**ORDERED** that all claims in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and expenses. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

 So ORDERED and SIGNED this 1st day of July, 2026.

_Robert W Schroeder III_
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE