# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

PANTECH CORPORATION,                  §
                                      §
        Plaintiff,                    §
                                      §
v.                                    §    CIVIL ACTION NO. 5:25-cv-00090-RWS-JBB
                                      §
SHENZHEN TINNO MOBILE                 §
TECHNOLOGY CORP.,                     §
                                      §
        Defendant.                    §

## FINAL JUDGMENT

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment.

Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

The Clerk of the Court is directed to close the case.

**So ORDERED and SIGNED this 1st day of July, 2026.**


ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE